PARKS, RECREATION & CULTURE MEMORANDUM
# 8-2025

**DATE:** June 9, 2025

**TO:** Honorable Mayor Meredith Leighty and City Council Members

**THROUGH:** Heather Geyer, City Manager
Jason Loveland, Deputy City Manager

**FROM:** Amanda J. Peterson, Director of Parks, Recreation & Culture

**SUBJECT:** CR-54 – Public Facilities Standards Amendment

___

**PURPOSE**
To consider CR-54, a resolution approving amended Public Facilities Standards.

**BACKGROUND**
Section 17-1-6 of the Municipal Code states,

> *"The Parks and Recreation Board may promulgate and the Director may enforce reasonable rules and regulations governing the use and management of public recreation facilities, the rates, fees and charges for use of public recreation facilities and other services provided by the Department, the protection and conservation of such public recreation facilities, and providing sanitation and safety regulations for public recreation facilities, provided that any rules or regulations for violation of which criminal sanctions may be imposed pursuant to Sections 8-2-3 and 1-1-10 of the Municipal Code shall be approved by resolution of the City Council."*

The proposed amendments include language that clearly defines "organized group," and differentiates the use of sports fields from other park spaces. Although the current standards indicate that "organized use" is not permitted, the definition of organized use is not explicitly stated. The proposed amendments would prohibit any group from reserving or dropping-in to utilize a pavilion or a park on a recurrent basis. This is consistent with typical park use. The updated Public Facilities Standards would still allow for recurrent group use of athletic fields with an appropriate permit.

Staff presented the proposed amendments to the Public Facilities Standards to Council on April 28, 2025 and received consensus to move forward. The Parks and Recreation Advisory Board reviewed the proposed amendments on May 8, 2025 and unanimously recommended approval of the amended standards.

**BUDGET/TIME IMPLICATIONS**
There are no budget or time implications associated with this item.

**STAFF RECOMMENDATION**
Staff recommends approval of CR-54.

**STAFF REFERENCE**
If Council Members have any questions, please contact Amanda Peterson, Director of Parks, Recreation & Culture, at apeterson@northglenn.org or 303.450.8950.

CR-54 – Public Facilities Standards Amendment

**EXHIBIT A**

SPONSORED BY: <u>MAYOR LEIGHTY</u>

COUNCIL MEMBER'S RESOLUTION                              RESOLUTION NO.

No. <u>     CR-54     </u>
     Series of 2025                                                            Series of 2025

A RESOLUTION APPROVING PUBLIC FACILITY STANDARDS FOR THE CITY OF NORTHGLENN, COLORADO

     BE IT RESOLVED BY THE CITY COUNCIL OF THE CITY OF NORTHGLENN, COLORADO, THAT:

     <u>Section 1</u>.     Pursuant to Section 17-1-6 of the Northglenn Municipal Code, the Public Facilities Standards, attached hereto as Exhibit A, are hereby approved by the City Council of the City of Northglenn, Colorado, and all previous Public Facility Standards are hereby repealed.

     DATED, at Northglenn, Colorado, this     day of     , 2025.

                                                                                     MEREDITH LEIGHTY
                                                                                     Mayor

ATTEST:


JOHANNA SMALL, MMC
City Clerk

APPROVED AS TO FORM:


COREY Y. HOFFMANN
City Attorney

**EXHIBIT A**

Exhibit A

**City of Northglenn Public Facilities Standards**

Section 17-1-6. Rules and Regulations. The Parks and Recreation Board may promulgate and the Director may enforce reasonable rules and regulations governing the use and management of public recreation facilities, the rates, fees and charges for use of public recreation facilities and other services provided by the Department, the protection and conservation of such public recreation facilities, and providing sanitation and safety regulations for public recreation facilities, provided that any rules or regulations for violation of which criminal sanctions may be imposed pursuant to Sections 8-2-3 and 1-1-10 of the Municipal Code shall be approved by resolution of the City Council.

**Prohibited behaviors, language and items**

- Illegal drug/substance: possession, paraphernalia and use
- Marijuana use and possession, except as permitted by law
- Weapons possession, except as permitted by law
- Pornography viewing
- Sexual activity or simulated sexual acts
- Fighting
- Smoking cigarettes or e-cigarettes
- Obscene, profane, threatening, abusive or racially disparaging language and gestures
- Public urination or defecation
- Harassment or intimidation of staff, other customers or patrons
- Vandalism, theft, abuse or damage of the facility, including its content and equipment, or another person's belongings
- Consumption of alcohol/liquor except where allowed by license
- Assault or attempted assault
- Any criminal conduct or activity not otherwise listed above

**Behaviors that, if deemed inappropriate or disruptive, may not be allowed**

- Disruptive noise, music or voices, including, but not limited to, raised voices, yelling or arguing, or other disruption that interferes with the use, operation and enjoyment of the facility
- Being under the influence of alcohol, illegal drugs/substances or marijuana
- Littering
- Obstruction of or interference with walkways or common areas
- Unsanitary hygiene unreasonably interfering with the use and enjoyment of the facility by staff, other customers or patrons
- Panhandling
- Leaving unattended or abandoning personal property, including but not limited to bags and backpacks
- Recurrent group that obstructs, interferes with, or otherwise prevents, the use and enjoyment of all or a portion of the facility by others

**General Recreation Center, Senior Center & Theatre Rules**

- Children under the age of 12 must be directly supervised by a person 16 years or older

- Patrons 14 years of age and above are allowed to utilize the Weight Room without additional supervision required
- Patrons 12-13 years of age must complete a weight room orientation prior to using the area
- Aquatics – Children 5 years of age and under must be within arm's reach of a parent/guardian and at a minimum ratio of 1:2 (adult/children)
- Proper workout/swim attire required.  Shirts are required in all areas of the facility except for the pool and locker rooms
- The following are prohibited:
    - Horseplay, foul language, fighting, tobacco products, chewing gum, glass containers
- Staff has the discretion to allow a proposed use of the facility that complies with posted facility rules, policies, and use requirements. A proposed use that fails to comply with posted facility rules, policies, and use requirements may be denied
- Staff has the authority to expel anyone whose behavior detracts from the enjoyment and safety of the guests and those who fail to comply with the posted rules
    - Individuals issued a suspension may appeal that decision as per the process identified in Chapter 3, Article 7 of the City of Northglenn Municipal Code
- The City of Northglenn is not responsible for lost, stolen or damaged items
- Patrons must possess a membership or pay the daily fee to gain admittance unless the individual, or the individual's dependent, are participating in a scheduled program or event
- Food and beverages are limited to specific areas of the facility. Beverages must be in non-glass, spill-proof containers
- Photography and videotaping must be approved by management staff and are strictly prohibited in all locker rooms and restrooms
- Posters, signs and flyers are not permitted in the facility unless approved and posted in areas designated  by management
- Bicycles, mopeds, skateboards and scooters are not permitted inside the facility
- Pets are not permitted inside the facility. Service animals are permitted
- Use of baby strollers inside the facility must be approved by management
- Misuse of equipment or failure to abide by rules or staff direction may result in loss of center privileges and/or suspension from the facility
- Management reserves the right to give any directions deemed necessary for the safety of the patrons and security of the facility
- All patrons consent to the use of their image, without consideration of payment, in any news broadcasts, commercial broadcasts, advertising, or promotional materials for the City of Northglenn
- It is unlawful to circulate petitions, engage in protest or education, or distribute leaflets or handbills within, or within ten (10) feet of an entrance to, the Northglenn Recreation Center, Northglenn Senior Center, or Parsons Theatre

**In addition, the following rules apply in city parks for the health and safety of all park users:**

- Please clean up after your pets
- Use care when using skateboards, inline skates and bicycles on park trails, yielding to pedestrians

**EXHIBIT A**

**To make the park experience pleasant and safe for all guests, the following activities are prohibited in city parks, trails, or other city-owned property:**

- Smoking or vaping
- Swimming, wading or being on winter ice
- Motorized or non-motorized boats, with the following exceptions
    - City-owned pedal boats on Webster Lake at E.B. Rains, Jr. Memorial Park
    - Maintenance activities
- Reckless or disruptive use of pedal boats
- Use of non-sanctioned flotation devices
- Motorized vehicles
- Feeding or harassing wildlife
- Inflatable play structures
- Glass containers
- Golf, archery, model airplanes, rockets or other projectiles
- Unleashed pets, with the following exceptions
    - No pets allowed at Croke Reservoir
    - Dogs are allowed off-leash in the fenced area at the Bill Goodspeed Happy Tails Dog Park. The following rules apply:
        - Guardians must pick up after their dogs, carry a leash at all times and be inside the fenced area with their pets
        - Guardians are responsible for their dog's behavior at all times
        - Aggressive dogs, dogs in season and puppies less than six months old are not permitted
        - Dogs must be vaccinated
        - Guardians may bring no more than four dogs at a time
        - Children must be supervised by an adult
        - Only bite-sized treats are allowed, no bones about it!
        - The city reserves the right to refuse access to any dog or human who is a nuisance because of their own or their pet's behavior
        - No bikes, roller blades, skateboards, etc. are allowed at any time
        - All general park rules apply

**Croke Reservoir is a designated Nature Area, the following additional restrictions apply:**

- No pets are allowed at any time in the Croke Reservoir Nature Area
- No bikes, roller blades, skateboards, etc. are allowed at any time

**The following are generally prohibited, though permission may be granted through the issuance of a permit. All permit requests are subject to review and approval by city staff, the Parks and Recreation Advisory Board and/or the Liquor Licensing Authority.**

- Off-Leash Dog Events
- Alcoholic beverages
- Amplified music
- Group use of parks to include pavilions, outdoor spaces, and athletic fields
- Vending

**EXHIBIT A**

**Pavilions and outdoor spaces other than athletic fields may not be rented or otherwise utilized for group use on a recurrent basis. For purposes of this regulation:**

- "Group use" means five or more individuals participating in such group use; and
- "Recurrent" means on more than one occasion in a manner that monopolizes all or a portion of the facility and as a result, impedes open access to the facility or a portion of the facility by others.

Approved by the Parks and Recreation Advisory Board on May 8, 2025
Approved by City Council on  June 9, 2025

**EXHIBIT A**